# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Thomas Wilkes, et al., ) | |
|    On behalf of themselves and ) | Civil No.: 3:20cv594 (JCH) |
|    all other persons similarly ) | |
|    situated, ) | |
|           Plaintiffs, ) | |
| v. ) | |
| ) | |
| Ned Lamont, Governor, et al., ) | |
|           Defendants. ) | January 13, 2021 |

## Joint Stipulation of All Parties

Plaintiffs Thomas Wilkes, Barbara Flood, Vincent Ardizzone, Carson Mueller and Gail Litsky and Defendants Governor Ned Lamont, Miriam Delphin-Rittmon, Lakisha Hyatt and Hal Smith in their official capacity stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 13, 2021

The Plaintiffs,
By:

| | |
|---|---|
| s/Kirk W. Lowry | s/Ira A. Burnim |
| Kirk W. Lowry, ct#27850 | Ira A. Burnim, phv ct#10689 |
| Karyl Lee Hall, ct#19320 | Jennifer Mathis, phv ct#10718 |
| Virginia Teixeira, ct#29213 | Judge David L. Bazelon Center |
| Connecticut Legal Rights Project | for Mental Health Law |
| CVH – Beers Hall 2nd Floor | 1090 Vermont Avenue, N.W. |
| P.O. Box 351 – Silver Street | Suite 220 |
| Middletown, CT 06457 | Washington, D.C. 20005 |
| (860) 262-5017 | (202) 467-5730 |
| Fax (860) 262-5035 | Fax (202) 223-0409 |
| klowry@clrp.org | irab@bazelon.org |
| | jenniferm@bazelon.org |

s/Steven J, Schwartz
Steven J. Schwartz, phv ct#23604
Mark J. Murphy, phv ct#01126
22 Green Street
Northampton, MA 01060
(413) 586-6024
Fax (413) 586-5711
sschwartz@cpr-ma.org
mmurphy@cpr-ma.org

DEFENDANTS

NED LAMONT, et al.

WILLIAM TONG
ATTORNEY GENERAL

BY:

/s/Emily V. Melendez
Assistant Attorney General
Federal Bar No. ct21411
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Emily.Melendez@ct.gov

/s/Laura Thurston
Assistant Attorney General
Federal Bar No. ct30612
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Laura.Thurston@ct.gov

/s/Shawn L. Rutchick
Assistant Attorney General
Federal Bar No. ct24866
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Shawn.Rutchick@ct.gov